IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TEAM MARKETING GROUP INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:14-cv-00064 |
| | ) | |
| v. | ) | Judge Nixon |
| | ) | Magistrate Judge Brown |
| TAG MOBILE LLC, | ) | |
| | ) | JURY DEMAND |
| Defendant. | ) | |

## ORDER

The Court is in receipt of a letter[1] sent by Z. Ed Lateef, Chairman of Defendant TAG Mobile LLC, in which Mr. Lateef requests that Defendant's deadline for providing substitute counsel be extended by fourteen days. As grounds for his request, Mr. Lateef states settlement negotiations have already resulted in an agreement in principle between Plaintiff and Defendant. The Court notes that such requests are more appropriately filed as motions with the Court. However, as the letter indicates counsel for Plaintiff has received a copy, the Court finds no prejudice to Plaintiff in considering the request. Accordingly, the Court finds such request to be reasonable and hereby **EXTENDS** the deadline for Defendant to provide notice of new counsel to **July 14, 2014**.

It is so ORDERED.

Entered this 7 day of July, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] The letter indicates a copy was also sent to attorney Trippe Fried, counsel for Plaintiff TEAM Marketing Group Inc.